UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KENT M. SWIG,

              Plaintiff,

  - against -

ARCH INSURANCE COMPANY, JAMES STUMPF
AND TREVOR PRINCE

              Defendants.
----------------------------------------------------------X

Case No.:
07-CV-06672-VM

STIPULATION AND ORDER EXTENDING
TIME OF DEFENDANT TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for defendant Arch Insurance Company to answer, move or otherwise respond to plaintiff's complaint is hereby extended from October 1, 2007 through and including October 23, 2007.

| TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP | PENN PROEFIEDT SCHWARZFELD & SCHWARTZ |
|---|---|
| By: _____<br>Steven H. Rittmaster (SR3510)<br>Attorneys for Defendant<br>Arch Insurance Company<br>100 Jericho Quadrangle, Suite 309<br>Jericho, New York 11753<br>(516) 240-8900 | By: _____<br>Neal Schwarzfeld (NS5962)<br>Attorneys for Plaintiff<br>114 West 47th Street<br>New York, New York 10036<br>(212) 354-7700 |

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007

110170 v1