USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

KENT M. SWIG,                                    Case No.:
                        Plaintiff,               07-CV-06672-VM

        - against -

ARCH INSURANCE COMPANY, JAMES STUMPF
AND TREVOR PRINCE

                        Defendants.
————————————————————————X

## STIPULATION AND ORDER EXTENDING
## TIME OF DEFENDANT TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties hereto that the time for defendant Arch Insurance Company to

answer, move or otherwise respond to plaintiff's complaint is hereby extended from

October 1, 2007 through and including October 23, 2007.

TORRE, LENTZ, GAMELL, GARY &            PENN PROEFIEDT SCHWARZFELD
RITTMASTER, LLP                         & SCHWARTZ

By: _____          By: _____
    Steven H. Rittmaster (SR3510)           Neal Schwarzfeld (NS5952)
Attorneys for Defendant                 Attorneys for Plaintiff
Arch Insurance Company                  114 West 47th Street
100 Jericho Quadrangle, Suite 309       New York, New York 10036
Jericho, New York 11753                 (212) 354-7700
(516) 240-8900

                                        SO ORDERED

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                              Victor Marrero
                                        Dated: _____, 2007

110170 v1