STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

       Eileen Keating, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at Lindenhurst, New York; and (2) on October 11, 2007, I served the within NOTICE OF MOTION, AFFIDAVIT AND MEMORANDUM OF LAW on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by depositing a true copy of same enclosed in postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York at 100 Jericho Quadrangle, Jericho, New York:

To:    Penn Proefriedt Schwarzfeld & Schwartz
        Attorneys for Plaintiff
        114 West 47th Street
        New York, NY 10036

        Marc S. Brown, Esq.
        Hiscock & Barclay, LLP
        Attorneys for Defendants
        James Stumpf and Trevor Prince
        2000 HSBC Plaza
        100 Chestnut Street
        Rochester, New York 14604-2404

                                      */s/ Eileen Keating*
                                        Eileen Keating

Sworn to before me
October 11, 2007

_____
        Notary Public

**HENRY JAMES WALLACH**
Notary Public, State of New York
No. 02WA6085283
Qualified in New York County
Commission Expires December 23, ~~2006~~ 2010