UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**KENT M. SWIG,**

     *Plaintiff,*

   *-vs-*

**ARCH INSURANCE COMPANY,
JAMES STUMPF and TREVOR
PRINCE,**

     *Defendants.*

**ANSWER**

Civil Action No.
07cv6672-VM

---

  Defendants, James Stumpf and Trevor Prince, by their attorneys, Hiscock & Barclay, LLP, as and for their Answer to the Complaint of Plaintiff, alleges as follows:

### PARTIES

  1.  Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "1" of the Complaint.

  2.  Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "2" of the Complaint.

  3.  Admit the allegations contained in Paragraph "3" of the Complaint.

  4.  Admit the allegations contained in Paragraph "4" of the Complaint.

### JURISDICTION AND VENUE

  5.  Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "5" of the Complaint.

  6.  Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "6" of the Complaint.

7.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "7" of the Complaint.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

8.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "8" of the Complaint.

9.      Admit Trevor Prince and James Stumpf worked for IDI Construction Company Inc.  Defendants deny knowledge or information sufficient to form a belief with respect to the remaining allegations contained in Paragraph "9" of the Complaint.

10.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "10" of the Complaint.

11.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "11" of the Complaint.

12.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "12" of the Complaint.

13.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "13" of the Complaint.

14.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "14" of the Complaint.

15.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "15" of the Complaint.

16.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "16" of the Complaint.

17.      Deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "17" of the Complaint.

18.     Admit that American Interiors, Inc. commenced an action against IDI Construction Company, Inc., and refer to the Complaint for its true and correct contents. Defendants deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "18" of the Complaint.

19.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "19" of the Complaint.

20.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "20" of the Complaint.

21.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "21" of the Complaint.

22.     Admit such allegations as are elsewhere admitted, deny knowledge or information sufficient to form a belief with respect to those allegations as are elsewhere herein similarly treated and deny such allegations as are elsewhere denied.

23.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "23" of the Complaint.

24.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "24" of the Complaint.

25.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "25" of the Complaint.

26.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "26" of the Complaint.

27.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "27" of the Complaint.

28.     Deny knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph "28" of the Complaint.

29.     Admit such allegations as are elsewhere admitted, deny knowledge or information sufficient to form a belief with respect to those allegations as are elsewhere herein similarly treated and deny such allegations as are elsewhere denied.

30.     Deny the allegations contained in Paragraph "30" of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

31.     The pleading fails to state a cause of action.

**DATED:**     October 12, 2007          **HISCOCK & BARCLAY, LLP**


By:      /s/ Amy K. Kendall_____
        Amy K. Kendall     AK7282

*Attorneys for Defendants*
James Stumpf and Trevor Prince
Office and Post Office Address
2000 HSBC Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone: (585) 325-7570
Facsimile:  (585) 325-5458
E-Mail:  akendall@hiscockbarclay.com

## CERTIFICATE OF SERVICE

I certify that on October 12, 2007, I filed a copy of the foregoing document with the

Clerk of the Court via the CM/ECF system which gave notice to the following attorneys:

**Steven Henry Rittmaster**
srittmaster@tlggr.com

**Neal Schwarzfeld**
nschwarzfeld@pennprolaw.com

_____/s/ Amy K. Kendall_____
Amy K. Kendall