# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
### ATTORNEYS AT LAW

100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

October 11, 2007

OCT 16
CHAMBERS OF
JUDGE MARRERO

Henry J. Wallach
hwallach@tlggr.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07

Chambers of Hon. Victor Marrero
United States District Judge
United States Courthouse – Suite 660
500 Pearl Street
New York, NY 10007

      Re: Kent M. Swig v. Arch Insurance Company, et al.
          Case No. 07-CV06672-VM

Dear Judge Marrero:

    In accordance with your Individual Practices, enclosed are two courtesy copies of Notice of Motion, Affidavit and Memorandum of Law in support of defendant Arch Insurance Company's motion, pursuant to Rule 12(b)(1), for an order dismissing the complaint on the ground that there is no diversity jurisdiction under 28 U.S.C. §1332.

                                       Respectfully,

                                       Henry James Wallach

HJW:ek
Enclosures

> Plaintiff is directed to respond by 10-19-07, by letter not to exceed 3 pages, to the matter set forth in defendant's request above, in particular whether plaintiff can produce factual evidence refuting defendant's sworn statements contending that defendant's principal
> **SO ORDERED:** place of business is in New York
> 10-16-07
> DATE      VICTOR MARRERO, U.S.D.J.