MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KENT M. SWIG,                                          07 Civ. 06672 (VM)

        Plaintiff,

  -against-                                           STIPULATION

ARCH INSURANCE COMPANY, JAMES
STUMPF and TREVOR PRINCE,

        Defendants.
-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED that the within action is hereby discontinued with respect to defendant Arch Insurance Company. Facsimile copies of signatures on this Stipulation shall be deemed to be effective as originals.

Dated: New York, New York
       October 19, 2007

                                          Penn Proefriedt Schwarzfeld & Schwartz

                                          By _____
                                                Neal Schwarzfeld (NS-____)
                                        Attorneys for Plaintiff
                                        114 West 47th Street
                                        New York, New York 10036
                                        (212) 354-7700

                                        Torre Lentz Gamell Gary & Rittmaster, LLP
                                        By _____
                                                Steven H. Rittmaster (SR-3510)
                                        Attorneys for Defendant Arch Insurance Co.
                                        100 Jericho Quadrangle, Suite 309
                                        Jericho, NY 11753-2702

SO ORDERED 19 October 2007

_____
    U.S.D.J.
    Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENT M. SWIG,                                    07 Civ. 06672 (VM)

            Plaintiff,

  -against-                                         **STIPULATION**

ARCH INSURANCE COMPANY, JAMES
STUMPF and TREVOR PRINCE,

           Defendants.
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED that the within action is hereby discontinued with respect to defendant Arch Insurance Company. Facsimile copies of signatures on this Stipulation shall be deemed to be effective as originals.

Dated: New York, New York
       October 19, 2007

                              Penn Proefriedt Schwarzfeld & Schwartz

                              By_____
                                 Neal Schwarzfeld (NS-    )
                              Attorneys for Plaintiff
                              114 West 47th Street
                              New York, New York 10036
                              (212) 354-7700

                              Torre Lentz Gamell Gary & Rittmaster, LLP

                              By_____
                                 Steven H. Rittmaster (SR-3510)
                              Attorneys for Defendant Arch Insurance Co.
                              100 Jericho Quadrangle, Suite 309
                              Jericho, NY 11753-2702

SO ORDERED

_____
     U.S.D.J.