*Marrero, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KENT M. SWIG,                                          07 Civ. 06672 (VM)

          Plaintiff,

    -against-                                      **STIPULATION**

ARCH INSURANCE COMPANY, JAMES
STUMPF and TREVOR PRINCE,

          Defendants.
---------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED that the within action is hereby discontinued with respect to defendants James Stumpf and Trevor Prince. Facsimile copies of signatures on this Stipulation shall be deemed to be effective as originals.

Dated: New York, New York
       November 2, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07
```

Penn Proefriedt Schwarzfeld & Schwartz

By _____
   Neal Schwarzfeld (NS-5952)
Attorneys for Plaintiff
114 West 47th Street
New York, New York 10036
(212) 354-7700

Hiscock & Barclay LLP

By _____
   Marc S. Brown
Attorney for Defendants
2000 H.S.B.C. Plaza
100 Chestnut Street
Rochester, NY 14604-2404

SO ORDERED 9 November 2007

_____
U.S.D.J.
Victor Marrero